COMMONWEALTH OF MASSACHUSETTS
1 COURTHOUSE WAY,SUITE
2300,BOSTON,MA.02210


FROM:John R. Daley W59561
TO:U.S. FEDERAL DISTRICT,CHEIF CLERK,
    HONORABLE JUDGE
RE:HABEAS CORPUS PETITION
DATE: 11/7/04


## WRIT OF HABEAS CORPUS

   NOW HERE COMES Petitioner application motion for The
Amended Petition For WRIT OF HABEAS CORPUS,pursuant to 28 U.S.C.§
-1651(a)(b) All Writ Act.,Rule 21 Fed.R.Civ.P.,28 U.S.C. § 2254,-
2254(b).Habeas Corpus Law:#342,516.1.Petitioner challenging a Sta
-te parole Board decision in Federal District Court,Without first
seeking review of the boards decision in state court is permitted
Constitutional Law:#272.5.,U.S.C., U.S.C.A. Const. Amend.1.Freed-
om of Religion,The Establishment Clause.U..S.C., U.S.C.A.Const.-
Amend.14.,Constitutional Law:#254.1 Due Procss,Substansive Due
Process and Liberty Interest.Art.1,8 cl.17(Excelarated Release).
U.S.C.A. Const.Art.1 § 9,cl.3 Amend.5.,U.S.C., U.S.C.A.,U.S.C.A.-
Const.Amend. 18 U.S.C. § 3626(3)(i)(ii)(B)(C)(D)(E)(i)(F).
U.S.C., U.S.C.A.,U.S.C.A.,U.S.C.A. Const.Amend.Administrative Law
and Procedure Law:#413,and The Administrative Procedure Act.(APA)
-Generally,5 U.S.C. §§ 551,552a(e)(5),(g)(1)(D),(g)(4),5 U.S.C.A.
-App.2(g)(1)(C),(g)(4)"Agency's Failure to Comply" Inwhich defend
-ants are in violation of The Department of Justice Compliance-
28 CFR §§ 77.1,77.4,United States Attorney General ORDER No:-
2216-99,64 FR. 19273 (April 1999).

   The petitioner is incarcerated at the MCI Cedar Junction
Walpole,Maximum Security Prison of The Massachusetts,Commonwealth
Department of Corrections.Petitioner challenges the results of
Massachuseets Warden,parole board decision on the month of 12/31/03
inwhich the board denied inmates parole.Inmate daley W59561 alleg
-es that the board's decision was arbitrary,impulsive,and abuse
of descretion,also Retaliation,by denying petitioners(inmates)st-
atutory,constitutional law,rights,articles,to his constitutional
rights to liberty.Pardon and Parole Law:#29.


                                        [Five Pages]
                              [Exhibits,NINE Pages,18]


                        [ 1 ]

STANDARD OF REVIEW

"[T]he District Court reviews the parole board's actions for abuse of dicretion,asking whether the board's action resulted "in an abridgement of the petitioner's Constitutional,Statutory Right -s." "Wildermuth v Furlong,147 F.3d 1234,1236 (10th Cir.1998)(quo -ting Paz v Warden,787 F.2d 469,473(10th Cir.1986),Mandamus Law:# -73(1), 28 U.S.C.A. § 1361, F.R.Civ.P.Rule 19,20 Title IV.Pursua- nt to the Multi Circuit Review,Federal Execution Statue,The Enfor -cement of Civil Cases,Equal Acces To Justice Act,& Equal Rights- Under Law.

MERITS

Imates claims the Boards decision to deny his parole was arbi -trary,impulsive and abuse of discretion.

1)It was Retaliatory for inmates "Civil Rights Actions"against the Massachusetts D.O.C. in violation of The Supremecy Clause. See Rumery v Town of Newton:778 F.2d 66,69(1st Cir.1985),Rev'd- U.S.-107 S.Ct.at 1194.Brady v United States,397 U.S. 742,90 S.Ct. 1463,1467,25 L.Ed.2d 747,755(1970)(Government May Not"Needlessy Penalise[ ] the assertion of a Constitutional Right").Docket No: -99-1227,99-0896 and two other civil actions in Federal Courts.Al -so the Disciplinary Sanctions implemented for the past two years 2000-2002.,Ferranti v Moran:618 F.2d 888,892 n.4(1st Cir.1980).

2)Boards members failed to comply with statutary,guidelines Manda -ted by Law.

3)Inmates Daley parole expectation was created shortly after he began his sentence "Massachusetts Mandatory Minimum Sentence"De rived from The United States Federal Sentenceing Guidelines as St -ated in petitioners,petition to the Warden,Massachusetts Parole Board dated,11/12/02 also was heightened by the approval of his parole plan and the succesive Administrative Review.The D.O.C.ref -usal to provide foods that consist with inmates Religious Faith "Rastafarianism" which substantially burdens inmates "Acceptance" (Beliefs)of(my/his)Religious Dietary Laws,Creeds,Tenents.,Violati on of the First Amendment of The United States Constitution.See: Johnson v Horn:150 F.3d 276(3rd Cir. 1998)at 280 Inadequate Diet, Released from custody on Agust 9,1997,Federal Statues,42 U.S.C. § 1983 . 28 U.S.C. § 1331, 18 U.S.C. § 3626(3)(i)(ii)(B)(C)- (D)(E)(i)(F). U.S.C., U.S.C.A, U.S.C.A. Const.Amend. As stated in his parole board petition(From & After Sentence).

[ 2 ]

4)Inmates Federal I.D.# 03284-015.See:Shaheed-Muhammad v Dipaolo:
  138 F.Supp.2d 99 (D.Mass.2001)at 102 "Plaintiff Adhears to a
Stickly Vegetarian Diet.And finally,Oluwa v Gomez:133 F.3d 1237-
(9th Cir. 1998)at 1238"Rastafarian Qualifies for First Amendment
Protection,Rastafarian is entitled to a special diet "Vegetarian"
Adequate Nourishment which is vegetarian,Non Dairy,and contains
No Grapes or Other Products derived from a Grapevine,No Animal-Bi
Products."I am a Strict Vegetarian" as stated in my civil rights
actions.Norfolk,ss:Docket No:99-1227,AND The United States Feder-
al District Court,Of Massachusetts,Commonwealth:Daley v D.O.C.
and his chain in Command.Within referance to Statutory Law:-
18 U.S.C. § 3626(3)(i)(ii)(B)(C)(E)(i)(F)., U.S.C., U.S.C.A, U.S.
-C.A. Const.Amend. U.S. Const.Art.VI cl.2. and U.S.C.A. Const.Art
-.6,cl.2., United States Constitution,State I.D.#W59561,Federal-
I.D.#02384-015. See Exhibit, Dated:11/12/02  Labeled  As "Parole

Board Petition". [I]nwhich will prove the basis for the,United
States District Court,of massachusetts to,"Review", [T]he [W]rit
[O]f [H]abeas [C]orpus [O]n [T]he [S]tate [P]arole [H]abeas
[C]orpus [O]n [T]he [S]tate [P]arole [B]oard [D]ecission.

[ 3 ]

CONCLUSION

    Enclosing Petitioner Prays that The Honorable Court Judge wi-
ll grant petitioners,Amended Petition application within the refe
-rence intext of said issues;In Aed of Jurisdiction,Bufurcation
relief,Provisions,Sections,Laws,Statues,to Effectuate said issues
in favor of petitioner pursuant to 42 U.S.C.A. § 1981(Equal Right
-s Under Law),U.S.C.A. Const.Art.6,cl.2.,State Law;#18.5,United-
States Law:82(1).

    Petitioner also request that said court clerk of The Honorabl
-e Court,to Forward these legal documents,carbon copy to the defe
-ncse Attorney of the State of Massachusetts Commonwealth and the
proper Administration pertaining to said issues also in conjuncti
-on with The Honorable Judge,Final ORDER, Declared, Adjudge,and
Decreed.Fed.R.Civ.P.4(a) Final Appealable ORDER;General Provision
FRCP. 38, 28 U.S.C.A., Fed.R.App. 34(a),Tenth Circuit R.10(e).The
cause is therefore submitted without oral argument.

Respectfully Submitted,

cc/file
dated: 11/7/04

J.R.D

John R. Daley W59561
PRO SE Litigant,Mitigant
MCI Cedar Junction Walpole
P.O.Box 100
South,Walpole MA.02071

[ 4 ]

I Declare under penalty of perjury that the foregoing is true and correct.

Signed this Month,of 11/7/04

I am the petitioner in the enclosed titled matter,I have read the foregoing amended petition and know the Courts there-of that the same is true of my own knowledge and those matter I know them to be true.

## CERTIFICATE OF SERVICE

I, John R. Daley W59561 state I.D.#,02384-015 Federal I.D.# an inmate of The Massachusetts Commonwealth,Department of Correct -ions,hereby certify under the penalty of perjury that on the month of 11/7/04 said documents were mailed out to the Federal District Court of Massachusetts,Couets Clerk and Honorable Judge by mail/by hand.I served the foregoing,Writ Of Habeas Corpus- Amended Petition,by "Indigent Mail Status" as listed.

Respectfully Submitted,

*John R. Daley*

cc/file
Dated: 11/7/04

J.R.D.

John R. Daley W59561
PRO SE Litigant,Mitigant
M.C.I Cedar Junction Walpole
P.O.Box 100
South,Walpole MA.02071

[ 5 ]

EXHIBITS:

TOTAL PAGES: (19)

FROM:John R. Daley W59561
TO:Warden, Massachusetts Commonwealth Parole Board
RE:Parole Eligibility
DATE:11/12/02
ADDRES:27 Wormwood St.
      Boston MA. 02210
Attention: Mr. Michael J. Pomarole(Chairman)
         Mr. Timothy F. App(Executive Director)


    At this time I inmate John R. Daley,In correspondance becau-
se of my parole eligibility on the month of 2/15/03.Inmate was
sentenced under the Truth and Sentenceing Guide Lines.Inwhich was
derrived from the United States Federal Sentencing Guide Lines.
(U.S.S.G) where an inmate has to do 2/3 rds of his sentence befor
-e parole eligibility,Minimum Mandatory Sentence.

    Due to Inmates,"Civil Rights Action"both State and Federal.
The Declaratory and Injunctive Relief,because of the violation of
inmates United States Federal Constitutional Rights,Freedom of
Religion,U.S.C.,U.S.C.A. ,U.S.C.A. Const. Amend 1.(Docket NO:-
99-1227)(Daley v Hall).Commonwealth Constitutional Rights.Constit
-utional Law;#272.5 U.S.C.A. Const. Amend. 1.,Art.1,8 cl.17(Excel
-arated Release),Also U.S.C.A. Const. Art.1 § 9,cl.3 Amend. 5.
U.S.C., U.S.C.A., U.S.C.A. Const. Amend. M.G.L.A. Const.Pt.1,Art.
-24. Constitutional Law:#203. 18 U.S.C.A. § 3626(3)(i)(ii)(B)(C)-
(D)(E)(i)(F).,See inmates refusal to sign my religious diet sheet
-(Alternate Feeding Sheet),because of the constant problems with
my meals.Department of Justice Compliance 28 CFR §§ 77.1,77.4,-
Attorney General ORDER NO: 2216-99, 64 FR. 19273(April 1999).Free
-dom of Religion,the Establishment Clause,Due Process and Liberty
Intrest.U.S.C.A. Const. Amend.14.(14 § 1,5).Constitutional Law:#
-254.1,<u>Substansive Due Process</u>, Administrative Law and Procedure:
#413.

    The judicial "Term"(Definetion) "<u>et al</u>" inwhich <u>only</u> the-
<u>Warden</u>,Superintendant and the <u>Parole Board</u> can answer to inmates
(plaintiff) Civil Rights Complaint.See:Chandler v Barncastle:-
<u>919 F.2d 23</u>(5th Cir.1990) at pg.25(Dicussion) (A.Jurisdiction)#1-
last paragraph.Inmate's Federal Civil Action in Federal Courts:
case John R. Daley v U.S. Commonwealth of MA,(et al).18 U.S.C.-
§ 4206(b),28 CFR §§ 2.13,2.14:A statement of reasons for denying
parole or not answering to the complaint.


cc/file
Dated:11/12/02


J.R.D


[ 1 ]

Pursuant to the charges on inmate Daley in violation of
Federal Statue 21 U.S.C. § 841,28 CFR § 550.58(Possecesion with-
Intent to distribute), 18 U.S.C. § 922(gun possesion),M.G.L.A.c.
94 C, M.G.L.c. 140, § 129c.Inso as still not a crime of violence-
("Active Emplyment") U.S.S.G. §§ 4B1.2 and 5k2.13.,Drugs and Norc
-otics Law:#13.Or any other charges that was brought against inma
-te Daley pursuant to 18 U.S.C. § 4208(c) inmate severity in
offences were minimal according to the police report.

Pursuant to 28 CFR § 2.20(1999) Parole Commision.(Special-
Parole) 5 U.S.C. §§ 551,552 a(e)(5),(g)(1)(C,D).,81 ALR. Fed 801,
553 and The Executive Department,(APA) 28 U.S.C. § 2241(Hebeas-
Corpus),Criminal Law.Inmate should be paroled to my Federal From
and After Sentence.There is no potential risk of inmates violatio
-n,because he has a Federal From and After to be served.M.G.L.A.c
-127 § 133 A, U.S.C.A. Const.Amend.14. Pardon and Parole Law:51,
Constitutional Law:#250.3(2). G.L.c. 279, §§ 24,31 (No Statutory-
limits on Parole Eligibility).Inwhich inmate Daley did activate
through the Federal Courts.28 CFR §§ 2.11,2.12.
18 U.S.C. §§ 3621(e)(2), 924(c)(3)., 28 CFR § 550.58.See Due Proc
-ess Clause "United States Code" 18 U.S.C. §§ 4164,4203(a)(1)(2),
4206(a)(2)(d), 4210(a)(b);(1). ,5003(a)(1)(A)(B)(c)(3)(b)(c)(d)-
From and After Federal Sentence (Violation of Supervised Release)
(parole).Inmate covictions not a crime of violence as defined by
18 U.S.C. §§ 924(c)(3),and 922(g).

Inmate also completed the NA/AA Program, Prison Law:#15(3),-
15(7).The drafting coarse at MCI Norfolk, G.L.c.127,§ 129 D.And
pursuant to inmates From and After sentence(Federal Sentence).
U.S.C.A. Const. Amends.5,6., 18 U.S.C.A. § 4208(a) for the viola-
tion of (Parole) Supervised Release inmate Shall be released to
his Federal Sentence 18 U.S.C. § 4164 Mandatory Release,also the
1988 Policy and pursuant to 127 § 133 M.G.L.c., M.G.L.A.c. 129 §
-90 A,Early Parole.M.G.L.c.,M.G.L.A.c. -127 §§ 129 C,D. ,M.G.L.A.c
279 § 8A. Criminal Law:#1216(3).,Parole and Pardon Law:#51.,
G.L.c. 279, §§ 24,31., 103 CMR 411.01 and The United States -
Attorneys Manuel § 2-2.110, 28 CFR § 0.20(b).

Respectfully Submitted

cc/file
Dated:11/12/02


J.R.D

John R. Daley W59561
MCI Cedar Junction-
Walpole
P.O.Box 100
South,Walpole MA.02071

[ 2 ]

WARRANTS

MASSACHUSETTS CORRECTIONAL INSTITUTION AT NORFOLK

NAME AND NUMBER: DALEY, JOHN W59561    DATE:  3-3-2000

| DOCKET NUMBER | COURT OF ISSUE | TYPE OF WARRANT | CHARGE | DATE OF ISSUE | DISPOSITION |
|---|---|---|---|---|---|
| 03284-015 | U.S.Marshals | Request to notify upon release | DeTainer | 3-12-98 | Lodged |

You have the right to apply for a speedy trial on any untried indictment or complaint from any Court in the Commonwealth under Mass. Rule 36 (b) and Chapter 279, Section 3 of Massachusetts General Laws.

cc:    Central Records                    From:    Records
       Inmate
       Parole

[  3  ]

**S.D.P. Cleared** ☐
**Needs Processing** ☐
**Cleared** ☐
**NA** ☐

INITIALS X8

DATE June 12, 2001

PREPARED BY Lisa Black
W-59561

## "DEDUCTIONS FROM SENTENCE" SUMMARY SHEET

### GOVERNING RELEASE DATES

Inmate: No. Daley, John Jr.

Effective Date of Sentence: 3-6-95

Period Beginning: 9-1-00

Ending: 5-31-01

| Parole | Minimum | Maximum | G.C.D. |
|--------|---------|---------|--------|
| 3-5-03 | 3-5-03 | 3-5-05 | — |

NOTICE 7-12-01

Total Deductions Allowed in Computing Adjusted Release Dates from Governing Release Dates:

Good Conduct _____ 0 _____     Camp _0_

129 D _____ 17.5 _____     Blood _0_

Total Good Conduct Forfeitures: _____
(Not to be included in Computation).

### Adjusted Release Date
Includes Camp Time, Blood Time, 129 D Time

| Parole | Minimum | Maximum | G.C.D. |
|--------|---------|---------|--------|
| 2-15-03 | 2-15-03 | 2-15-05 | — |

**Since Last Request—Dated**

Camp: _0_

Blood: _0_

RECEIVED JUN 19 2001

### 129 D (only)

| Program/Activity | Inst. of Participation | Dates of Participation | Recommended Deductions |
|------------------|------------------------|------------------------|------------------------|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | ✓ | |
| 5. | | | |
| 6. | | | |

(Continued on Other Side)

Total Number of Days Recommended _0_

_____ Conlon 6-14-01
Superintendent or Designee    Date

Total Number of Days Granted _0_

Michael T. Maloney @ 6-26-01

| REVISED RELEASE DATES | | | |
|--------|---------|---------|--------|
| Parole | Minimum | Maximum | G.C.D. |
| 2-15-03 | 2-15-03 | 2-15-05 | — |

[ 4 ]

MCI–CEDAR JUNCTION

RECEIVED
JUL – 8 2002

# "Deductions From Sentence" Summary Sheet

**S.D.P. Clearance**

| Needs | | Cleared |
|---|---|---|
| Processing | | NA |

Date: _June 10, 2002_

Prepared by: _Lisa Black_

Inmate: _Daley, John Jr._

Number: _W-59561_

Effective Date of Sentence: _3-6-95_

Period Beginning: _6-1-01_
(Date)

Period Ending: _5-31-02_
(Date)

## Governing Release Dates

| Parole | Minimum | Maximum | G.C.D. |
|---|---|---|---|
| 3-5-03 | 3-5-03 | 3-5-05 | None |

**Total Deductions Allowed in Computing Adjusted Release Dates from Governing Release**
**Dates:**

| | | | |
|---|---|---|---|
| Good Conduct | $\emptyset$ | Camp | $\emptyset$ |
| 129 D | 17.5 | Blood | $\emptyset$ |

**Total Good Conduct Forfeitures:** _____
(not to be included in computation)

## Adjusted Release Date
Includes Camp time, blood time, 129 D

| Parole .5 | Minimum .5 | Maximum .5 | G.C.D. |
|---|---|---|---|
| 3-15-03 | 2-15-03 | 2-15-05 | None |

Since Last Requested - Dated _6-12-01_

Camp: _____ $\emptyset$

Blood: _____ $\emptyset$

## 129 D (Only)

| Program/Activity | Institution of Participation | Dates of Participation | # Recommended Deductions |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |

## Revised Release Dates

| Parole .5 | Minimum .5 | Maximum .5 | G.C.D. |
|---|---|---|---|
| 2-15-03 | 2-15-03 | 2-15-05 | None |

Total Numbers of Days Recommended: _$\emptyset$_

_Sharon Blanchard_ 628-A
Superintendent or Designee    Date

Total Number of Days Granted: _0_

_Michael T. Maloney_
Commissioner

Date
7-11-02

### *The Commonwealth of Massachusetts*
### *Parole Board*

Michael J. Pomarole
Chairman

Timothy F. App
Executive Director

## HEARING NOTICE
### State and County Sentences

To: *John Daley*
From: *IPO Bowen*
Institution: *MCI CJ*
Date: *11-13-02*

Your parole hearing is scheduled to take place on _____*December 2002*_____.  The Parole Board will use this hearing to decide whether you may be released on parole to serve the remainder of your sentence in the community under the supervision of a parole officer and subject to specific rules and conditions of behavior.  Before the hearing begins, the members of the hearing panel will review your case materials. These materials include information about your current sentence, prior criminal offenses, social and educational history. These records also include information about your criminal conduct and what you have done while serving your current sentence.

During your hearing, the hearing panel members will ask you questions about the following:

❖ The crime for which you now in custody
❖ Your criminal record
❖ Any issues you have had with drug or alcohol use
❖ What you have done while serving this sentence
❖ Your plans for release if you are paroled

Lawyers and witnesses are not allowed to attend this hearing.

You may postpone this hearing if you have outstanding court cases, received insufficient notice of the hearing or believe that you are not prepared.

You may also waive your right to a parole hearing.

Attached to this notice is a questionnaire that that you are asked to complete prior to your parole hearing. The Parole Board needs this information to make a decision about parole release for you.  Please record your answers in the spaces provided for each question on the following pages. A Parole Officer will meet with you **soon** to review the information you provided and to answer your questions about parole.  *Please ask the parole officer to assist you if you cannot complete this form by yourself.*

**A.  List the charges and courts for all criminal cases involving you which are still outstanding:** *There Are No charges, Only A Federal From And After Sentence to be Served, (See Attached)*

**B.  Do you want to postpone this hearing?**          Yes_____  No ✓

**C.  Do you want to waive your right to a parole hearing at this time?**     Yes_____  No ✓

If you answer yes to either question, a parole officer will meet with you to explain what will happen when you postpone or waive your parole hearing. You may cancel a decision to postpone or waive at any time.

[ 6 ]

**Name:**                          **Hearing List:**                          **Date:**

**A.      Proposed Home Plans:**

Do you have a home in which to live if you are released on parole?     Yes ✓ No___

If yes, please provide the following information: There is A From AND AFTER Sentence
to be served (See My Petition to the Board)

Address: 18 Hinsdale Lane
City: Willingboro , ~~xxxx~~
State: New Jersey    08046
Name of home sponsor: Alice Turnbull          Relationship: Sister
Sponsor's phone number: (609) 835-2584          Best time to contact: Evenings

**B.      Proposed Work Plans:**

Do you have a job or will you attend school/training if released on parole? Yes ✓      No___
If yes, please provide the following information: I plan to do both. (Job AND School )
Name of Company/School:
Phone Number:
Address:
City:
State: New York / New Jersey Area
Name of employer or supervisor:
Does this person know you are in custody?          Yes___ No___

**C.      Other Proposed Plan:**

Do you plan to enter a residential program if paroled?          Yes ✓ No___
If yes, please enter name and address of any program to which you have been accepted and
the name and telephone number of the contact person.

Program Name:
Program Address:
Name of Program Contact Person:
Telephone:

**D.      Other:**

Do you have access to a firearm?          Yes___ No ✓
Do you have an FID Card?          Yes___ No ✓
Do you have a license to carry a firearm?          Yes___ No ✓

**OFFICE USE ONLY- DO NOT WRITE BELOW THIS LINE**

To:                                    Region/District:
From:                                  Institution:
Hearing Date:                          Date Summary sent:
Approved/Denial:                       Reason(s):
Signature:                             Date:

Page 2

[ 7 ]

## A.     Physical Description:

Eye color:     BROWN
Hair color:    Black
Height:    5'9"
Weight:    170
Tattoos/Scars:    None

## B:     Identification Information:

DOB    12/23/63
Marital Status (circle one) D,M,P,S,W,O
Veteran:                                          Yes___ No ✓
Citizenship: United States Virgin Islands (ST. Thomas)
True Name/Alias    John R. Daley

## C.     Parents: Adopted PARENTS NAMES

Father's Name and Address: (Dead) Robert Daley
Mother's Name and Address: CATHERINE DALEY (United States Virgin Islands)(ST. Th

## D:     Medical Issues:

Do you have any medical problems?     Yes ✓ No___ if yes, please describe: Lacking In Nutri
                                                                            Proteins, Minerals,
Are you currently taking any medication?     Yes___ No ✓ If yes, what? Vitamins, Inadequa
                                                                       Diet, Religious Die
                                                                       Vegetarian.

## E.     Employment:

Do you have any restrictions to the to the type of work you can do?    Yes___ No ✓
If yes, what?

## F.     Prior Paroles:

Have you ever been on parole before?         Yes ✓ No___
If yes, in Massachusetts?                    Yes___ No ✓
Other Sates?                                 Yes ✓ No___
Where?    ~~Baltimore~~ Delaware    How many times?  Once
When?    1992 (MAy)                # of parole Violations?  One

Page 3

[ 8 ]

**A.    Current Offense:**

Please describe the details of the offense for which you are now incarcerated. Inclu...
city/town where the offense occurred, the arresting police department, your role in the
commission of the offense, co-defendant'(s) role(s) and any harm suffered by any victim(s) of
the offense. Also include how the offense began and ended, the weapons if any, used and how
you were caught. (Use back or additional Sheets if necessary). *See Attached, Parole Board,
Petition. (Pages. Two page Petition)*

Did you have any co-defendants?                          Yes___ No ✓
If yes, what are their names and where are they now?

**B:    Substance Abuse Issues:**

Please provide a brief description of your substance abuse history. Include the kinds of alcohol
and drugs you have used, the frequency of use, and your age when this period of use began.
Describe how this use affected your life, include personal circumstances and employment, and
discuss any treatment you have been involved with in the community or while incarcerated. *I have
NO Substance Abuse Issues (None)*

**C.    Institutional Programming:**

Please provide a brief description of your institutional programming, include employment, prior
to this incarceration, if applicable. *See Attached, Parole Board Petition.
(# oF Pages: Two) I worked in the Kitchen At
MCI. Cedar Junction, MCI Gardner As A Janitor
Also As A painter in MCI Cedar Junction.*

Use the other side of this page if you need more room. You may attach additional pages if you
still need more room.    **Additional page(s) required?** *Two*  Yes ✓ No___

**Your Signature:** _[signature]_
**Date Completed:** 11/11/02

Page 4

*The Commonwealth of Massachusetts*
*PAROLE BOARD*

Michael Pomarole
Chair

Timothy App
Executive Director

27-43 Wormwood Street
Boston, Massachusetts  02210-1606

**TO:  John Daley Jr. W-59561**

**FROM:** IPO Weimar

**DATE:** December 31, 2002

**RE:**     **RESULT OF PAROLE HEARING – PAROLE DENIED**

        After a careful, objective analysis, the parole Board voted to Deny you release under parole supervision. This decision was based on the following specific reason(s):

            _ Nature of offense:

            _ Prior Criminal History:

            _ Inadequate Attention to the Cause(s) of Criminal Behavior: No SA Programming

            _ Poor Institutional Behavior:

            X  Other: Higher security, poor adjustment, 41 D-reports.

        Parole Board Policy allows you to APPEAL this decision within thirty (30) days from the date of the Board's vote if you believe the decision was unfair.  You may also petition for a RECONSIDERATION of the Parole Board's vote ninety (90) days from the date of the decision, if there are additional facts the Board should be made aware of or if circumstances have changed since the time of the Board's decision.  **Requests of this nature must be filed with the Institutional Parole Office only.** Any requests submitted to the Parole Board's central office will be returned to you.

        If you have any questions or if you wish to file an appeal or a reconsideration request, please contact the Institutional Parole Office responsible for your institution.

CC: File

[ 10 ]

*EXHIBITS*

### The Commonwealth of Massachusetts
### Parole Board

Maureen Walsh                                              Don Giancioppo
Chairman                                                  Chief of Staff

## ANNUAL PAROLE REVIEW HEARING NOTICE
### State and County Sentences

**To: John Daley  W-59561**
**From:  Parole Officer**
**Institution:  MCI-Cedar Junction**
**Date: 12-03-2003**

Your annual parole review hearing is scheduled for _____December 29, 2003_____.

The following are the reasons that were stated by the Parole Board at your last hearing as to the reason(s) that you were denied parole release.  The Parole Board may also have indicated program requirements that you are expected to complete before parole release would be granted.

---------------------------------------------------------------------------------------------------

Please answer the following questions and return this form to the Parole Officer at your pre-parole hearing interview.  The parole officer will meet with you soon to review your responses and to answer any questions that you may have.

1. **What is new or different about the issues identified by the Parole Board in the decision to deny you parole at your last hearing.  (You may use the back of this form or attach additional sheets if necessary.)** *LESS Disciplinary Reports But SAME ISSUE, DeNiAL oF PRopeR Religious Meals, which IS STRicT VegetARiAN "RAstAfARiANiSM"*

2. **Describe any program or jobs that you have participated in since your last parole hearing.** *NoNE*

3. **Please list any significant health problems.** *MAlNutRition Losing SigNiFicANt Weight*

[ 11 ]

Attachment III

## MASSACHUSETTS PAROLE BOARD
## PROPOSED HOME PLAN

Offender/Parolee: _____    # _____    Date: _____

Institution: _____    IPO: _____

    Prior to your release, your home plan must be verified and approved. Please complete this form and return it to the Institution Parole Staff as soon as possible.  *FROM AND AFTER —*

### Home Information  *Federal Sentence.*

| | |
|---|---|
| Street Address | *FROM AND AFTER Federal Sentence* |
| State and City | *Delaware, Willmington* |
| Name of home sponsor | |
| Relationship | |
| Sponsor's telephone number | |
| Best time to reach sponsor | |

Have you confirmed that you can reside at this residence?    Yes    No    (circle one)

Have you ever resided at this location prior to this incarceration?    Yes    No    (circle one)

Has anyone at this address ever taken out a restraining order against you?    Yes    No    (circle one)

Full names of others living at this address:

### Investigation Findings

| | |
|---|---|
| FPO decision:<br><br>Approved    Denied    (circle one)<br>FPO Signature: | Reasons: |
| Parole Supervisor decision:<br><br>Approved    Denied    (circle one)<br>Parole Supervisor Signature: | Reasons: |

Original: Folder
Copy: Chief & IPO (all denials)
March 2003

# MASSACHUSETTS PAROLE BOARD
## PROPOSED WORK PLAN

Offender/Parolee:_____  #_____  Date:_____

Institution: _____  IPO: _____

     Prior to your release, your employment plan must be verified and approved.  Please complete this form and return it to the Institution Parole Staff as soon as possible.

## Employment Information

| | |
|---|---|
| Street Address | From AND After Sentence "Federal" |
| State and City | Delaware, Willmington |
| Name of employment sponsor | |
| What is the position or type of work you will perform? | |
| Employer's telephone number | |
| Best time to reach employer | |

Have you contacted this employer within the last two months to confirm you will be hired?     Yes     No     (circle one)

Have you ever worked for this company before?     Yes     No     (circle one)

List your social security number:

## Investigation Findings

| | |
|---|---|
| FPO decision:<br><br>  Approved    Denied   (circle one)<br>FPO Signature: | Reasons: |
| Parole Supervisor decision:<br><br>  Approved    Denied   (circle one)<br>Parole Supervisor Signature: | Reasons: |

Original: Folder
Copy: Chief & IPO (all denials)
March 2003            [  13  ]         431 - 19



**The Commonwealth of Massachusetts**
**PAROLE BOARD**
45 Hospital Road Building B9 Medfield MA 02052

Maureen E Walsh
Chairman

Don Gianciappo
Chief of Staff

**TO:**     John Daley  W 59561

**FROM:**     IPO Bowen  MCI Cedar Junction

**DATE:**     December 29, 2003

**RE:**     **Parole Board Final Decision of  12-29-03**

### ANNUAL REVIEW 12-2004

Please be advised that the Parole Board voted to deny you release under parole supervision.

**<u>Release Denied under parole supervision for the following reasons</u>:**

☐ **Nature of Offense**

☐ **Prior Criminal History**

☐ **Inadequate Attention to the Cause(s) of Criminal Behavior**

☐ **Poor Institutional Behavior**

☐ **Other:____ failed to appear for hearing**

---

#### <u>Appeal</u>

You have the right to appeal this decision within thirty (30) days from the date of the Board's vote if you believe the decision is incorrect. Appeal petitions must be submitted to the Institutional Parole Officer at the facility where you are held. Petitions submitted directly to the Parole Board's Central Office will be returned to you.

#### <u>Reconsideration</u>

You have the right to petition for a reconsideration of the Parole Board's vote within one (1) year from the date of the decision if there are additional facts the Board should be made aware of or if circumstances have changed since the time of the Board's decision. Reconsideration petitions must be filed with the Institutional Parole Officer at the facility where you are held. Petitions submitted directly to the Parole Board's Central Office will be returned to you.

[ 14 ]



*The Commonwealth of Massachusetts*
**PAROLE BOARD**
45 Hospital Road Building B3, Medfield, MA. 02052

*Maureen E Walsh*
*Chairman*

*Don Gianciappo*
*Chief of Staff*

**TO:**      John Daley  W 59561

**FROM:**    IPO Bowen, MCI CedarJunction

**DATE:**    February 19, 2004

**RE:**      **Parole Board Final Decision of Office Vote decision 2-9-04**

Please be advised that the Parole Board voted to deny you release under parole supervision.

<u>**Release Denied under parole supervision for the following reasons**</u>:

☐  **Nature of Offense**

☐  **Prior Criminal History**

☐  **Inadequate Attention to the Cause(s) of Criminal Behavior**

☐  **Poor Institutional Behavior**

X  **Other:_Appeal denied  - no noted reason s , prior vote to stand**

---

<u>**Reconsideration**</u>

You have the right to petition for a reconsideration of the Parole Board's vote within one (1) year from the date of the decision if there are additional facts the Board should be made aware of or if circumstances have changed since the time of the Board's decision. Reconsideration petitions must be filed with the Institutional Parole Officer at the facility where you are held. Petitions submitted directly to the Parole Board's Central Office will be returned to you.

cc: Institutional Parole File

[ 15 ]

# Massachusetts Department of Correction
## Deduction from Sentence
### MCI CEDAR JUNCTION

Report Date:            20040907 08:16:01
Report Prepared By:     Black, Lisa
Commitment #:           DALEY, JOHN (W59561)
Sentencing Unit:        A
Unit Effective Date:    19950306
Report Period:          19950306 through 20040731

| Period Ending | Prog Type | Program Name | Participation Dates | Inst | Rating | Days Recommended | Days Granted |
|---|---|---|---|---|---|---|---|
| 1997 0228 | WORK | Institutional Employment | 1997 0228 : | GAR | S | 2.5 | 2.5 |
| | | **Total for period ending** | | | | **2.5** | **2.5** |
| 1999 0131 | WORK | Institutional Employment | 1999 0131 : | WAL | I | 0.0 | 0.0 |
| | | **Total for period ending** | | | | **0.0** | **0.0** |
| 1999 0228 | WORK | Institutional Employment | 1999 0228 : | WAL | S | 2.5 | 2.5 |
| | | **Total for period ending** | | | | **2.5** | **2.5** |
| 1999 1130 | EDUC | EDUCATIONAL RELEASE | 1999 1130 : | NOR | S | 2.5 | 2.5 |
| | | **Total for period ending** | | | | **2.5** | **2.5** |
| 1999 1231 | EDUC | EDUCATIONAL RELEASE | 1999 1231 : | NOR | S | 2.5 | 2.5 |
| | | **Total for period ending** | | | | **2.5** | **2.5** |
| 2000 0131 | EDUC | EDUCATIONAL RELEASE | 2000 0131 : | NOR | S | 2.5 | 2.5 |
| | | **Total for period ending** | | | | **2.5** | **2.5** |
| 2000 0229 | EDUC | EDUCATIONAL RELEASE | 2000 0229 : | NOR | S | 2.5 | 2.5 |
| | | **Total for period ending** | | | | **2.5** | **2.5** |
| 2000 0331 | EDUC | EDUCATIONAL RELEASE | 2000 0331 : | NOR | S | 2.5 | 2.5 |
| | | **Total for period ending** | | | | **2.5** | Page 1 of 2 **2.5** |

Massachusetts Department of Correction
Deduction from Sentence
MCI CEDAR JUNCTION

...us Department to dispute earned good time.

Combined Release Dates for sentencing unit A , effective date: 19950306

| | | Combined Dates as of: 20040907 04:09:57 | | |
|---|---|---|---|---|
| | | Original | Revised | Adjusted |
| Time on Parole: | 0 | | | |
| Dead Time (Parole): | 0 | | | |
| Dead Time (Escape): | 0 | | | |
| | | PE Dates: | 20030305 | 20030215 |
| Earned Time: | 17.50 | Minimum Dates: | 20030305 | 20030215 |
| Forfeitures: | .0 | Maximum Dates: | 20050305 | 20050215 |
| Restorations: | .0 | GCD Dates: | | |

[ 17 ]