To: THE, UNITED STATES COURT OF APPEALS,
    FOR THE FIRST CIRCUIT
    1 COURTHOUSE WAY, SUITE: 2500
    BOSTON, MA. 02210

To: COURTS CLERK: RICHARD CUSHING PPPWDPAK 50 TO BE "COPIED,
    PROCESSED, DOCKETED AND FILED, [P]UR SUANT TO, U.S DIST.Ct. St.
    AND FED. R. APP. St., 28 U.S.C. § 452, 28 U.S.C.S. § 452, 28 U.S.C.A. § 452
    ALSO "TRANSMITTED" TO: --

To: THE, UNITED STATES ATTORNEY,
    UNITED STATES ATTORNEY, COURTHOUSE
    1 COURTHOUSE WAY, SUITE: 9200, AND TO BE "TRANSMITTED" TO:
    BOSTON, MA. 02210

To: THE, SOLICITOR GENERAL OF THE UNITED STATES, ROOM 5614,
    DEPARTMENT OF JUSTICE
    950 PENNSYLVANIA AVENUE, N.W.
    WASHINGTON, DC. 20530 -0001

To: THE, ATTORNEY GENERAL OF THE UNITED STATES,
    DEPARTMENT OF JUSTICE
    950 PENNSYLVANIA AVENUE, N.W.
    WASHINGTON, DC. 20530

FROM: JOHN T. GEORGE - JOHN R. DALEY, JR. (GEORGE - DALEY)
    PREVIOUS STATE PRISON I.D. # W59561, "AWAITING U.S. MARSHAL SERVICE"
    I.D. # 92887,
    PRO SE
    MCI CEDAR JUNCTION WALPOLE., P.O. BOX 100, SOUTH WALPOLE MA. 02071

RE: APPEAL FROM A JUDGMENT OR ORDER OF A DISTRICT COURT
    PURSUANT TO, STATUTORY LAWS OF CONGRESS AND
    FED. RULES. APP. PROC. RULES: 4(a)(1)(C)., 12 "DOCKETING THE APPEAL., FILING
    A REPRESENTATION STATE., FILING THE RECORD.
    CASE NUMBER: 1:04 - CV - 12502 (WGY) -
    JOHN T. GEORGE - JOHN R. DALEY, JR. -V- MASSACHUSETTS PAROLE BOARD
    FED. R. APP. PROC. RULE. 34(a)(b), FIRST CIRCUIT RULE. 10(a)(b), "THE CAUSE IS
    SUBMITTED WITHOUT ORAL ARGUMENT"

DATE: 4/12/2005

[NUMBER OF PAGES: 6]
[NUMBER OF EXHIBITS: 59]

[1]

NOW HERE COMES (PETITIONER / APPELLATE)., AND "MOTIONS" TO THE UNITED STATES COURTS OF APPEALS, FOR THE FIRST CIRCUIT, 1 - COURTHOUSE WAY SUITE: 2500, BOSTON MA. 02210. COURTS CLERK., FOR thee FILING AN APPEAL FROM [A] U.S. DISTRICT COURT, FoR THE DISTRICT OF MASSACHUSETTS. [P]URSUANT TO, 28 U.S.C. §§ 1291, 1331, 1361, 1651(a), 2201, - 2241(a)(c)(3)(d)., 28 U.S.C.A., ARTICLE. I., U.S.C.A. Const. Art. 1, § 1 (PLENARY - POWERS)., ALSO IN ACCORDANCE WITH, FED. R. APP. PROC. RULES: 4(a)(1)(c), - (APPEAL AS OF RIGHT"), 12 ("DOCKETING THE APPEAL., FILING A REPRES- ENTATION STATEMENT., FILING THE RECORD") [S]AID [C]OURT [H]AVE [J]URISDICTION TO REVIEW THE DENIAL OF, [A] HABEAS CORPUS PETITION AND THE REVIEW OF THE ENCLOSED EXHIBITS IN REGARDS TO THEE, "NO TIMELY RESPONSE HAVING BEEN RECEIVED" : CASE NAME : - JOHN T. GEORGE - JOHN R. DALEY, JR. (GEORGE - DALEY) - V - MASSACH. PAROLE BOARD., CASE NUMBER : 1:04 - CV - 12502 ., DOCKET TEXT : JUDGE, WILLIAM G. YOUNG ELECTRONIC ORDER ENTERED. DATED : 1/19/2005 [P]URSUANT TO, TITLE. V. - "EXTRAORDINARY WRITS" RULE. 21, 23, 24., 28 U.S.C.A. AND 18 U.S.C.S. - APP., 18 U.S.C.A. APP., "INTEREST OF JUSTICE", AND "MISCARRAGE OF JUSTICE"., REVIEW IS ALSO MANDATED.

[E]NCLOSED ARE THEE, COMPLETE PROCEEDINGS IN REGARDS TO THEE, U.S. DISTRICT COURT, FOR THE DISTRICT OF MASSACHUSETTS, 1 COURTHOUSE WAY, SUITE 2300, BOSTON MA. 02210.

[2]

DECISION OF, NO TIMELY RESPONSE HAVING BEEN RECEIVED" BY SAID COURT. PETITIONER WAS GIVEN [A] MEMORANDUM AND ORDER, BY CHIEF JUDGE, WILLIAM G. YOUNG. IN REGARDS TO [A] HABEAS CORPUS PETITION CIVIL ACTION NO. 04-12502-WGY. DATED: DECEMBER 3, 2004. (I/HE) WAS GIVEN, FORTY-TWO (42) DAYS TO FILE AN AMENDED HABEAS PETITION, NUMBER OF PAGES IN SAID MEMORANDUM SEVEN (7) ALSO ONE (1) PAGE OF "NOTICE OF ELECTRONIC FILING" SEE: EXHIBIT: [A] (I/HE) WAS ALSO GIVEN AN "ORDER" TO PAY THEE, $5.00 "FILING FEE" FOR HABEAS PETITION WITHING (42) DAYS. SEE: EXHIBIT: [B] DATED: 12/20/04 [NUMBER OF PAGES: 14] AND [NUMBER OF EXHIBITS: 26] [I]N REGARDS TO THEE, ""TIMELY RESPONSE" BY PETITIONER IN CIVIL ACTION NO.- 04-12502-WGY., THE, AMENDMENT OF (HABEAS PETITION/STATE PAROLE BOARD DECISION). [I]+ WAS A CERTIFICATE OF SERVICE ON PAGE- (14) EXHIBIT: [B] WHICH PROVIDED THE COMPLETION OF THE MEMORANDUM BY PETITIONER, DATED: 12/22/2004, THEE NEXT PAGE PROVIDES THE ADDED PROOF OF THE PAYMENT OF THE $5.00 FILING FEE REQUIRED. " INMATE DISBURSMENT RECEIPT", THE NEXT PAGE PROVIDES THE PROOF OF, THE EXACT "MAILING OUT" OF THE AMENDMENT OF (HABEAS PETITION/- STATE PAROLE BOARD DECISION) WHICH WAS DATED: 12/23/2004, "WELL BEFORE THE FORTY-TWO (42) DAYS OF THEE, MEMORANDUM AND ORDER BY CHIEF JUDGE, WILLIAM G. YOUNG, DATED: DECEMBER 3, 2004- EXHIBIT [A].

[3]

([P]ETITIONER/APPELATE) THEN FILED AND MOTIONED FOR [A]

"RECONSIDERATION MOTION", WITH THE, U.S. DISTRICT COURT, FOR THE

DISTRICT OF MASSACHUSETT, 1 COURTHOUSE WAY, SUITE 2300, BOSTON MA.

02210, DATED: 1/23/2005., EXHIBIT: [C]., [NUMBER OF PAGES: 5] AND

[NUMBER OF EXHIBITS: 6] EXHIBIT: [C], PROVIDES "ADDED CAUSE" FOR

THEE, "REVERSE AND REMANDED" TO THE, U.S. DISTRICT COURT, FOR THE

DISTRICT OF MASSACHUSETTS. PAGES 1 THROUGH 5., DATED: 1/23/2005.

AFTER PAGE (7) OF EXHIBIT: [C], THERE ARE (5) FIVE PAGES OF PROOF

THAT PETITIONER: JOHN T. GEORGE - JOHN R. DALEY, JR. W59561, "DID IN FACT"

MAIL (MY/HIS) RESPONS "TIMELY" TO THEE, "MEMORANDUM AND ORDER", BY

CHIEF JUDGE, WILLIAM G. YOUNG OF, CIVIL ACTION No. 04-12502-WGY,

DATED: DECEMBER 3, 2004 AND DID PAY THE $5.00 "FILING FEE", "TIMELY",

"WELL BEFORE" THE FORTY-TWO (42) DAYS ORDER BY CHIEF JUDGE.

******* [O]N FEBRUARY 15, 2005 PETITIONER: JOHN T. GEORGE - JOHN R. DALEY, JR.

-W59561 STATE I.D.# "DID", "COMPLETE" (MY/HIS) MASSACHUSETTS STATE

PRISON SENTENCE BUT (I/HE) "DID HAVE" [A] FROM AND AFTER,

"FEDERAL SENTENCE" TO SERVE IN THE (BOP) FEDERAL BUREAU OF

PRISONS AND THE AWAITING OF THE, UNITED STATES MARSHALS SERVICE,

OF ANOTHER DISTRICT TO RETRIEVE SAID (APPELATE/PETITIONER/PRISONER)

FROM STATE CUSTODY, AND TO BE COMMITTED TO THE (BOP), FEDERAL

BUREAU OF PRISONS. — — —

[4]

* * * * * * [I]N ACCORDANCE WITH, " IN CUSTODY " AT THE TIME OF THE "RESPONSE BY PETITIONER/APPELATE", TO THE MEMORANDUM AND ORDER BY CHIEF DISTRICT JUDGE (WGY) DATED: 12/3/2004 PETITIONER APPEAL "SHALL BE GRANTED", AND IS NOT MOOTED (I/HE) "DID" MAIL TO THEE, U.S. COURTS OF APPEALS, FOR THE FIRST CIRCUIT, 1 COURTHOUSE WAY, SUITE: 2500, COURTS CLERK: RICHARD CUSHING DONOVAN DATED: 1/14/05 IN REGARDS TO THEE, "FUTURE ADDRESS" OF (APPELATE/PETITIONER) AFTER THE COMPLETION OF (MY/HIS) STATE SENTENCE, IN ACCORDANCE WITH, "APPRISED", PURSUANT TO, U.S. DIST. CT. RULE. 41 AND LOCAL RULE. 41-(b)(2), 28 U.S.C.A., (PETITIONER/PRISONER) "IS STILL" IN THE STATE CUSTODY AWAITING, U.S. MARSHAL SERVICE FOR THE (REMOVAL/TRANSFER) OF (PETITIONER/PRISONER) FROM STATE CUSTODY TO THEE (BOP) FEDERAL BUREAU OF PRISONS., (AWAITING I.D. # A 92887), PURSUANT TO, — — FED.R.APP. PROC. RULE. 34(a)(b), FIRST CIRCUIT RULE. 10(a)(b), "THE CAUSE IS SUBMITTED WITHOUT ORAL ARGUMENT"

cc/FILE
DATED: 4/12/2005
J.T.G. - J.R.D, JR.

RESPECTFULLY SUBMITTED BY,

*John T. George - John R. Daley, Jr.*
JOHN T. GEORGE - JOHN R. DALEY, JR.
PRO SE

A 92887 I.D. #
MCI CEDAR JUNCTION WALPOLE
P.O. BOX 100
SOUTH, WALPOLE MA. 02071

[5]

I, JOHN T. GEORGE - JOHN R. DALEY, JR. (PRIVIOUS STATE I.D. # W59561), PRESENT I.D. # A 92887 AWAITING "REMOVAL - TRANSFER" TO THE (BOP) FEDERAL BUREAU OF PRISONS, DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THE "MOTION" FOR APPEAL TO THE, U.S. COURT OF APPEALS, FOR THE FIRST CIRCUIT IS TRUE AND CORRECT ON THIS 4TH MONTH, 12TH DAY, 2005TH YEAR.

RESPECTFULLY   SUBMITTED,

*John T. George- John R. Daley, Jr.*

JOHN T. GEORGE - JOHN R. DALEY, JR.


## CERTIFICATE    OF    SERVICE

I, JOHN T. GEORGE-JOHN R. DALEY, JR. (PRIVIOUS   STATE   I.D.# W59561), PRESENT I.D. # A 92887 "AWAITING (REMOVAL - TRANSFER) TO THE (BOP) FEDERAL BUREAU OF PRISONS; HEREBY CERTIFY THAT THIS DAY A TRUE COPY OF THE ENTITLED WITHIN, "APPEAL FROM A JUDGMENT OR ORDER OF A DISTRICT COURT, FOR THE DISTRICT OF MASSACHUSETTS, -- CASE NUMBER: 1:04-CV-12502-(WGY), (WAS/WERE) SERVED TO THE COURTS CLERK: RICHARD CUSHING DONOVAN, IN THE, U.S. COURT OF APPEALS, FOR THE FIRST CIRCUIT, 1 COURTHOUSE WAY, SUITE: 2500. BOSTON MA. 02210. ON THIS 4TH MONTH, 12TH DAY, 2005TH YEAR. [T]HE PRO SE PETITIONER RECORD AND FILE FOR EACH PARTY BY MAIL/ BY HAND / BY REGULAR MAIL

CC/FILE
DATED: 4/12/2005
J. T.G. - J.R.D.

RESPECTFULLY   SUBMITTED,
*John T. George - John R. Daley, Jr.*
JOHN T. GEORGE - JOHN R. DALEY, JR.
PRO SE

A 92887
MCI CEDAR JUNCTION WALPOLE
P.O. BOX 100
SOUTH, WALPOLE MA- 02071

[6]

## Other Orders/Judgments

### 1:04-cv-12502-WGY Daley v. Massachusetts Parole Board

### United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Greenberg, Rebecca entered on 12/6/2004 at 8:30 AM EST and filed on 12/3/2004

**Case Name:**          Daley v. Massachusetts Parole Board
**Case Number:**    1:04-cv-12502
**Filer:**
**Document Number:** 2

**Docket Text:**
Judge William G. Young : MEMORANDUM AND ORDER entered: 1. Petitioner Daley shall pay the $5.00 filing fee within forty-two (42) days of the date of this Order. Failure to pay the filing fee as directed will result in a dismissal of this action. 2. Within forty-two (42) days of the date of this Memorandum and Order, Daley shall file an Amended Habeas Petition, in accordance with the directions contained herein, clearly stating the basis for his request for habeas relief, and addressing whether this action should be converted into a habeas petition pursuant to 28 U.S.C. sec. 2241. The clerk is directed to provide Daley with a blank sec. 2254 form as a guide. 3. This habeas petition is deemed to be a "first" habeas petition filed in the District Court, and not an "Amended Petition" as Daley has labeled his filing.(Greenberg, Rebecca)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=12/6/2004] [FileNumber=768562-0]
[5806d2f42bf2c229c9511038d570e54c25214d3ed064eeabe8fb4f2ecfeef0f090a5
189d6edc6d72bf461921e12001bba64ced65588d871bb958edc3f9ec6d6d]]

**1:04-cv-12502 Notice will be electronically mailed to:**

**1:04-cv-12502 Notice will not be electronically mailed to:**

John R. Daley
MCI Cedar Junction
PO Box 100
Walpole, MA 02071