TO: THE, UNITED STATES ATTORNEY,
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 9200
BOSTON, MA. 02210

EXHIBIT: C

TO: THE, UNITED STATES DISTRICT COURT,
FOR THE DISTRICT OF MASSACHUSETTS
1 COURTHOUSE WAY, SUITE 2300

TO: THE, SOLICITOR GENERAL OF THE UNITED STATES,
ROOM S614, DEPARTMENT OF JUSTICE,
950 PENNSYLVANIA AVE, N.W., WASHINGTON, DC. 20530-0001

TO: THE, ATTORNEY GENERAL OF THE UNITED STATES,
DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC. 20530

TO BE "TRANSMITTED" TO THE ABOVE ADDRESSES

FROM: JOHN T. GEORGE - JOHN R. DALEY, JR. (GEORGE-DALEY) - W59561
PRO SE
MCI CEDAR JUNCTION WALPOLE
P.O. BOX 100
SOUTH, WALPOLE MA. 02071

RE: CASE NAME: JOHN T. GEORGE - JOHN R. DALEY, JR.
(GEORGE-DALEY) -v- MASSACHUSETTS PAROLE BOARD
CASE NUMBER: 1:04-CV-12502
DOCKET TEXT: JUDGE WILLIAM G. YOUNG:
ELECTRONIC ORDER ENTERED.
RE: [1] PETITION FOR WRIT OF HABEAS CORPUS (28 U.S.C. §2254)
"NO TIMELY RESPONSE HAVING BEEN RECEIVED"

DATE: 1/23/2005

[NUMBER OF PAGES: 5]
[NUMBER OF EXHIBITS: 6]

[1]

[N]ow [H]ere [C]omes, PRO SE PLAINTIFF, IN REGARDS TO THE, NOTICE OF ELECTRONIC FILLING, DATED: 1/19/2005, BY JUDGE WILLIAM G. YOUNG "ORDER" "ALLEGING" THAT "NO TIMELY RESPONSE HAVING BEEN RECEIVED" IN THE UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF MASSACHUSETTS.

[U]PON [R]EVIEW OF, PETITIONER: JOHN T. GEORGE-JOHN R. DALEY, JR.-(GEORGE-DALEY) THE, AMENDMENT OF (HABEAS PETITION/STATE PAROLE BOARD DECISION), DATED: 12/20/04 PAGE (1) ONE PROVIDES FOR THE DATE PETITIONER "TYPED" THE AMENDMENT TO THE WRIT OF HABEAS CORPUS. [T]HE CERTIFICATE OF SERVICE ON PAGE (14) FOURTEEN, DATED: 12/22/04 PROVIDED ADDITIONAL PROOF OF PETITIONERS COMPLETION OF AMENDED HABEAS CORPUS REVIEW. [A]FTER THE "INMATE DISBURSMENT RECEIPT" (#3758448) PAGE., "AFTER" PAGE (14) FOURTEEN. "THEE" PHOTO COPY OF THE OUTSIDE MAILING ADDRESS, ADDRESSED TO, THE UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF MASSACHUSETTS, SUITE 2300, BOSTON MA. 02210., COURTS CLERK: TONY ANASTAS, AND CHIEF JUDGE, WILLIAM G. YOUNG (WGY)., INSIDE: (LEGAL MAIL, # OF PAGES: 41) MAILED OUT ON: 12/23/2004 "PROVIDED WITH POSTAGE STAMPS" ARE THE NEEDED PROOF OF SERVICE TO SAID, U.S. DISTRICT COURT, CLERK AND CHIEF JUDGE, WILLIAM G. YOUNG (WGY). "EXHIBITS" PURSUANT TO, FED.R. EVID. RULES: 705, 801(d)(2), 901., FED.R. EVID. RULE. 705 (DATA, DISCLOSER OF FACTS), 901 (AUTHENTICATION OR IDENTIFICATION), 801(d)(2) - - "PREPONDERANCE OF THE EVIDENCE." IN WHICH, "IS IN FAVOR" OF THE PRO SE PLAINTIFF: JOHN T. GEORGE-JOHN R. DALEY, JR. (GEORGE-DALEY).

[P]URSUANT TO, 28 U.S.C. § 1746., 28 U.S.C.A. § 1746, "INSTITUTION'S INTERNAL MAIL SYSTEM", ON OR BEFORE THE LAST DAY FOR FILLING. [I]N (PLAINTIFF/ PETITIONERS) ISSUE BEFORE THE COURT, "PRO SE"; SEE: COPPEDGE -V- UNITED STATES: 369 U.S. 438, 442, N.5, 82 S.Ct. 917, 8 L.Ed: 2d. 21 (1962)., ALSO IN ACCORDANCE WITH. SAID ISSUE AT HAND, SEE: FALLEN -V- UNITED STATES: 378 U.S. 139, 84 S.Ct. 1689, 12 L.Ed. 2d 760 (1964)- (NOTICE OF APPEAL BY [A] "PRISONER", THE FORM OF [A] LETTER DELIVERED WELL WITHIN THE TIME FIXED FOR APPEAL, TO PRISON AUTHORITIES FOR THE MAILING TO THE CLERK OF THE DISTRICT COURT, "HELD TIMELY", "FILED" NOTWITHSTANDING THAT IT WAS RECIEVED BY -

[2]

THE CLERK AFTER EXPIRATION OF THE TIME FOR APPEAL., "THEE PLAINTIFF DID ALL (I/HE) COULD" TO EFFECT TIMELY FILING., SEE: RICHEY-V-WILKINS: 335 F.2d 1 (2d CIR. 1964), AND FINALLY, HALFEN-V-UNITED STATES: 324 F.2d 52 (10TH CIR. 1963) "NOTICE MAILED TO DISTRICT JUDGE IN TIME TO, "HAVE BEEN RECEIVED" BY HIM IN NORMAL COURSE HELD SUFFICIENT". ******* [I]F THE, UNITED STATES DISTRICT COURT CLERK MISPLACED SAID LEGAL DOCUMENTS, (HE/SHE) IS LIABLE, PURSUANT TO, ARTICLE.I.., 5 U.S.C. § 8477., - - 28 U.S.C. §§ 1346(b), 2671, 2679.

[P]LAINTIFF/[P]ETITIONER "HAD" FORTY-TWO (42) DAYS TO ANSWER, TO THE MEMORANDUM AND ORDER OF CIVIL ACTION No. 04-12502-WGY, BY CHIEF JUDGE, WILLIAM G. YOUNG, DATED: DECEMBER 3, 2004 AND THE NOTICE OF ELECTRONIC FILING, TRANSACTION WAS RECEIVED FROM GREENBERG, REBECCA ENTERED ON 12/6/2004 AT 8:30 AM EST AND FILED ON 12/3/2004. [P]LAINTIFF/[P]ETITIONER RECEIVED THE "MEMORANDUM AND ORDER" TWO (2) DAYS PRIOR TO, 12/6/2004. (17) SEVENTEEN DAYS AFTER [A] RESPONSE WAS MAILED TO THE, UNITED STATES DISTRICT COURT CLERK AND CHIEF JUDGE, WILLIAM G. YOUNG (WGY) TO BE, TRANSMITTED BY THE COURTS CLERK. [I]F SAID U.S. DISTRICT COURT, FOR THE DISTRICT OF MASSACHUSETTS "ALLEGIES" THAT THERE WAS "NOTHING TIMELY" THEN THE ONLY FACTUAL REASON FOR NOT RECEIVING PETITIONERS RESPONSE ON TIME, IS THE, (DOC) DEPARTMENT OF CORRECTIONS (MAIL-ROOM CLERKS), WHICH IS IN VIOLATION OF, 18 U.S.C. §§ 371, 1341, 1708, 1952, 1952(b)., 18 U.S.C.A. §§ 371, 1341, 1708, 1952, 1952(b), 18 U.S.C.A. APPENDIX § 1952(b), U.S.C.A. Const. Amend. 1, 5, 14TH, FED. SENT. GUIDELINES., U.S.S.G. § 2B3.1. AND U.S.S.G. §§ 2F1.1., 8B1.2., 8C2.8(4)(5)-(7), 8C2.10. "COMMENTARY" (FINES) AGAINST "CORPORATE DEFENDANTS" (DOC) DEPARTMENT OF CORRECTIONS OF MASSACHUSETTS. DEFENDANTS ARE IN VIOLATION OF, 18 U.S.C. §§ 401(1)(2)(3), 402 (DISOBEDIENCE)., 28 U.S.C. § 1826 "OBSTRUCTION OF JUSTICE". [T]HE LACK OF STATE STATUTE FORBIDDING THE UNDERLYING CONDUCT DOES "NOT IMMUNIZE" (DOC) OFFICIALS, DEFENDANTS FROM PROSECUTION WHEN (HE/SHE) USES THE UNITED STATES MAIL AS PART OF THE SCHEME, U.S. MAIL NOT TO BE USED AS AN INSTRUMENT OF CRIME., - -

[3]

UNITED STATES -V- BREWER: <u>528 F.2d 492, 498</u> (CA 4 1975) <u>CONGRESS HAS THE AUTHORITY</u> TO REGULATE SUCH MISUSE OF THE UNITED STATES OF AMERICA MAILS, SEE: BADDERS -V- UNITED STATES: - <u>36 S.Ct. 60</u> ALSO PURSUANT TO, 39 U.S.C. § 101., 39 U.S.C.A. § 101., 42 U.S.C. § 2000e., 42 U.S.C.A. § 2000e., 18 U.S.C. § 2114(a)., 18 U.S.C.A. § 2114(a), U.S.C.A. APPENDIX., U.S.C.A. CONST. AMENDS. 1, 5, 14TH

[P]URSUANT TO, FEDERAL RULES OF CIVIL PROCEDURE, FOR THE UNITED STATES DISTRICT COURT<u>S</u> (2004TH EIDITION), PAGE (3) THREE, TIME TABLE FOR LAWYERS IN FEDERAL CIVIL CASES, WHICH STATES, "THE USER SHOULD ALWAYS CONSULT THE ACTUAL TEXT OF THE <u>RULE OR "STATUTE"</u>. [T]HE SUPREME COURT OF THE UNITED STATES OF AMERICA HAS SUPERVISORY AUTHORITY OVER THE FEDERAL COURTS, ALSO THE SUPREME COURT MAY USE THAT AUTHORITY TO PRESCRIBE RULES OF EVIDENCE AND PROCEDURE THAT ARE BINDING IN TRIBUNALS. [B]UT "<u>CONGRESS RETAINS</u>" THE ULTIMATE AUTHORITY TO MODIFY OR SET ASIDE ANY JUDICIALLY JUDICIALLY CREATED RULES OF EVIDENCE AND PROCEDURE THAT ARE NOT REQUIRED BY THE CONSTITUTION. PALERMO, SUPRA, AT 345-348, <u>79 S.Ct. 1217</u>; CARLISLE, SUPRA, AT 426, <u>116 S.Ct. 1460</u>; VANCE -V- TERRAZAS: <u>100 S.Ct. 540</u>. [U]NTIL CONGRESS STATUTORY AUTHORITY IS REPEALED, STATUTORY LAWS OF CONGRESS IS "<u>MANDATED</u>".

## CONCLUSION

<u>PRO SE</u>, (PLAINTIFF/PETITIONER) IN CIVIL ACTION NO. 04-12502 (WGY), JOHN T. GEORGE - JOHN R. DALEY, - (GEORGE-DALEY) -V- MASSACHUSETTS PAROLE - BOARD: "<u>MOTIONS FOR THE "RECONSIDERATION"</u> MOTION OF SAID ISSUE, PERTAINING TO THE, "<u>NO TIMELY RESPONSE HAVING BEEN RECEIVED</u>" BY THE, UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF MASSACHUSETTS., 1 COURTHOUSE WAY, SUITE<u>S</u>: 2300, 9200 <u>AND "JUDGES CHAMBERS</u>", WILLIAM G. YOUNG (WGY), BOSTON MA. 02210.

I, JOHN T. GEORGE - JOHN R. DALEY, JR. DECLARE UNDER THE PAINS AND PENALTIES OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT OF THE ENCLOSED TO THE BEST OF MY KNOWLEDGE. ON THIS <u>1ST</u> MONTH, <u>23RD</u> DAY, <u>2005TH</u> YEAR.

CC/FILE
DATED: 1/23/2005
J.T.G. - J.R.D, JR.

RESPECTFULLY SUBMITTED,
*John T. George - John R. Daley, Jr.*
JOHN T. GEORGE - JOHN R. DALEY, JR.
PRO SE
P.O. BOX 100
SOUTH, WALPOLE MA. 02071

[4]

## CERTIFICATE OF SERVICE

I, JOHN T. GEORGE- JOHN R. DALEY, JR.-W59561 (GEORGE-DALEY) CERTIFY THAT THIS DAY A TRUE COPY OF THE ENTITLED WITHIN THE "RECONSIDERATION MOTION" IN REGARDS TO THE UNITED STATES DISTRICT COURT, OF MASSACHUSETTS, RESPONSE TO (PLAINTIFF/PETITIONER) "AMENDMENT OF (HABEAS PETITION/STATE PAROLE BOARD DECISION) CIVIL ACTION NO. 04-12502-WGY; FED. R. CIV. PROC. RULE.15; 28 U.S.C.A. OF, "NO TIMELY RESPONSE HAVING BEEN RECEIVED". JUDGE WILLIAM G. YOUNG (WAS/WERE) SERVED TO THE UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF MASSACHUSETTS, COURTS CLERK, TONY ANASTAS AND HONORABLE CHIEF JUDGE, WILLIAM G. YOUNG, ON THIS 1ST MONTH, 23RD DAY, 2005TH YEAR. [T]HE PRO SE (PLAINTIFF/PETITIONER) RECORD AND FILE, FOR EACH PARTY BY MAIL/BY HAND/BY REGULAR MAIL.

CC/FILED
DATED: 1/23/2005
J.T.G.-J.R.D,JR.

RESPECTFULLY SUBMITTED BY,

*John T. George- John R. Daley, Jr.*

JOHN T. GEORGE - JOHN R. DALEY, JR.
PRO SE
MCI CEDAR JUNCTION WALPOLE
P.O. BOX 100
SOUTH, WALPOLE MA. 02071

[5]