* * * * * *  APPELATE, JOHN T. GEORGE A/K/A  JOHN R. DALEY, JR.

IDENTIFICATION NUMBER : A 92887 "MOTION S" TO PROCEED, WITH

. 2005 APR 15 P 12:44

THE ACCOMPANY MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS

PURSUANT TO, "FORM #4" OF THE, UNITED STATES COURT OF APPEALS,

FOR THE FIRST CIRCUIT, 1 COURTHOUSE WAY SUITE: 2500 BOSTON, MA.

02210. * * * * * * * [P]URSUANT TO, THE PAINS AND PENALTIES OF PERJURY

ENACTED BY CONGRESS OF THE, UNITED STATES OF AMERICA, IN

ACCORDANCE WITH, 28 U.S.C. § 1746, "APPELATE IS INDIGENT", SEE : THE

INTEREST STATEMENT FOR MONTH ENDING ENDING 2005 0228.,

CURRENT-DATE : 2005 0316 [T]HE MAILING OF THE (APPLICATION/FORMS) TO

ADDRESS APPELATES POVERTY WILL BE ANSWERED TRUE AND CORRECT

PURSUANT TO, 18 U.S.C. § 1621.

cc/FILE
DATED : 4/12/2005
J.T.G. - J.R.D, JR.

RESPECTFULLY SUBMITTED,

*John T. George - John R. Daley, Jr.*

JOHN T.GEORGE - JOHN R. DALEY, JR. #A 92887

PRO SE

MCI CEDAR JUNCTION WALPOLE

P.O. BOX 100

SOUTH, WALPOLE MA. 02071

[A]

[NUMBER OF PAGES: 2]

*Exhibit*

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF CORRECTION**

MCI CEDAR JUNCTION

Interest Statement for Month Ending 20050228

Inmate: A92887   DALEY JOHN                    Block: TEN BLOCK

Current Date  :   20050316                     Room:  22

| Personal Amount | Personal Balance | Savings Amount | Savings Balance |
|---|---|---|---|
| $.00 | $1.27 | $.10 | $74.63 |