# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-12502

John R. Daley

v.

Massachusetts Parole Board

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 4/15/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 28, 2005.

Sarah A. Thornton, Clerk of Court

By: *Janette Ramos*

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 4/28/05 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:04-cv-12502-WGY

Daley v. Massachusetts Parole Board  
Assigned to: Chief Judge William G. Young  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 11/15/2004  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**John R. Daley**　　　　　represented by **John R. Daley**  
MCI Cedar Junction  
PO Box 100  
Walpole, MA 02071  
PRO SE

V.

**Respondent**

**Massachusetts Parole Board**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/15/2004 |  | Case received for filing without payment of the filing fee or submission of an application to waive the filing fee. (Jenness, Susan) (Entered: 11/29/2004) |
| 11/15/2004 | 1 | PETITION for writ of habeas corpus pursuant to 28:2254 $ 0.00, receipt number 0.00, filed by John R. Daley.(Jenness, Susan) (Entered: 11/29/2004) |
| 11/15/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter |

| | | |
|---|---|---|
| | | will be transmitted to Magistrate Judge Alexander. (Jenness, Susan) (Entered: 11/29/2004) |
| 12/03/2004 | 2 | Judge William G. Young : MEMORANDUM AND ORDER entered: 1. Petitioner Daley shall pay the $5.00 filing fee within forty-two (42) days of the date of this Order. Failure to pay the filing fee as directed will result in a dismissal of this action. 2. Within forty-two (42) days of the date of this Memorandum and Order, Daley shall file an Amended Habeas Petition, in accordance with the directions contained herein, clearly stating the basis for his request for habeas relief, and addressing whether this action should be converted into a habeas petition pursuant to 28 U.S.C. sec. 2241. The clerk is directed to provide Daley with a blank sec. 2254 form as a guide. 3. This habeas petition is deemed to be a "first" habeas petition filed in the District Court, and not an "Amended Petition" as Daley has labeled his filing.(Greenberg, Rebecca) (Entered: 12/06/2004) |
| 01/19/2005 | | Judge William G. Young : Electronic ORDER entered. re: 1 Petition for writ of habeas corpus (28:2254) filed by John R. Daley. NO TIMELY RESPONSE HAVING BEEN RECEIVED, THIS PETITION IS DISMISSED. cc/c.(Bell, Marie) (Entered: 01/19/2005) |
| 01/19/2005 | | Civil Case Terminated. (Bell, Marie) (Entered: 01/19/2005) |
| 04/15/2005 | 3 | NOTICE OF APPEAL as to 2 Memorandum & ORDER,,, by John R. Daley. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/5/2005. cc/cl.(Bell, Marie) (Entered: 04/27/2005) |
| | | |

| 04/15/2005 | 4 | MOTION for Reconsideration re 1/19/05 Electronic Order Dismissing Petition by John R. Daley.(Bell, Marie) (Entered: 04/27/2005) |
| 04/15/2005 | 5 | MOTION for Leave to Appeal in forma pauperis by John R. Daley.(Bell, Marie) (Entered: 04/27/2005) |