SCANNED
DATE: 6/30/05
MR

TO: THE, UNITED STATES DISTRICT, COURT
FOR THE DISTRICT OF MASSACHUSETTS
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MA. 02210., COURTS CLERK: TONY ANASTAS

FILED
CLERKS OFFICE
2005 JUN 29 P 1:33
U.S. DISTRICT COURT
DISTRICT OF MASS.

FROM: JOHN T. GEORGE A/K/A JOHN R. DALEY, JR.
FCI SCHUYLKILL
FED. REG. #03284-015
P.O. BOX 759
MINERSVILLE, PA. 17954-0759

July 7, 2005,
Treated as a motion for the entrance of a certificate of appealability, motion denied.
William G. Young
Chief Judge

RE: "ORDER OF COURT"., ENTERED: 6/13/05., BY THE U.S. COURT OF APPEALS., (FIRST CIR.)., ALSO [A] REQUEST FOR A CERTIFICATE OF APPEALABILITY PURSUANT TO, 28 U.S.C. §§ 2241, 2253., LOCAL RULE. 22.1(b)., [I]N THE, U.S. DISTRICT COURT, (D.MASS)
" JOHN T. GEORGE A/K/A JOHN R. DALEY "
PETITIONER - APPELLANT
- V -
MASSACHUSETTS PAROLE BOARD
RESPONDENT - APPELLEE

U.S. DISTRICT COURT, (D.MASS) CIVIL ACTION NO. 04-12502 (WGY) AND
U.S. COURT OF APPEALS, (FIRST CIR.) NO. 05-1632

DATE: 6/17/2005

[NUMBER OF PAGES: 4 "DOUBBLE SIDED"]
[NUMBER OF EXHIBITS: 2]

[1]

\* \* \* \* \* \*
Now here comes, ("PETITIONER-APPELLANT") JOHN T. GEORGE A/K/A JOHN R. DALEY, IN REGARDS TO, [A] REQUEST FOR [A] CERTIFICATE OF APPEALABILITY PURSUANT TO, -- 28 U.S.C. §§ 2241, 2253; LOCAL RULE. 22.1(b); U.S.C.A. Const. Amends. 1, 5, 14. {14 §§ 1, 5} "GARUNTEED DUE PROCESS". [I]N THE, UNITED STATES DISTRICT COURT, (D.MASS.), 1 COURTHOUSE WAY-SUITE 2300, BOSTON MA. 02210, COURTS CLERK: TONY ANASTAS AND JUDGES CHAMBERS.

[P]ETITIONER-[A]PPELLANT "MOTIONS" IN ACCORDANCE WITH THEE, "ORDER OF COURT", ENTERED: 6/13/2005 IN THE U.S. COURT OF APPEALS, FOR THE FIRST CIRCUIT (No. 05-1632) JOHN T. GEORGE A/K/A JOHN R. DALEY (PETITIONER-APPELLANT)

-V-

MASSACHUSETTS PAROLE BOARD (RESPONDENT-APPELLEE)

(I/HE) WAS ALSO FURTHER ORDERED TO. "FILE A STATUS REPORT IN THEE, U.S. COURT OF APPEALS, FOR THE FIRST CIRCUIT BY 7/13/2005 AND EVERY THIRTY DAYS THEREAFTER ALSO ADVISING THE, U.S. COURT OF APPEALS OF THE APPLICATION OF CERTIFICATE IN THE DISTRICT COURT. [T]HE JUDGES PREVIOUS ORDER, IN THE U.S. DISTRICT COURT (D.MASS) IN-REGARDS TO, (PETITIONER-APPELLANT) WRIT OF HABEAS CORPUS, "PROPER VEHICLE", WHEATHER 28 U.S.C. § 2241 OR 28 U.S.C. § 2254 "STATUTORY AUTHORITY" SHOULD BE APPLIED. (PETITIONER-APPELLANT) WAS ORDERED TO, "BE-AMEND"

[2]

I, (PETITIONER-APPELLATE) JOHN T. GEORGE A/K/A JOHN R. DALEY, JR. PRO SE, AND FED. REG. # 03284-015, DECLARE UNDER THE PAINS AND PENALTIES OF PERJURY THAT THE FOREGOING ENCLOSED IN REGARDS TO, "ORDER OF COURT", ENTERED: 6/13/05, BY THE U.S. COURT OF APPEALS, FOR THE FIRST CIRCUIT, ALSO [A] REQUEST FOR A CERTIFICATE OF APPEALABILITY, U.S. DISTRICT COURT, (D. MASS) CIVIL ACTION No. 04-12502(WGY) AND U.S. COURT OF APPEALS, (FIRST CIR.) No. 05-1632, IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION, ON THIS 6TH MONTH, 17TH DAY, 2005TH YEAR.

RESPECTFULLY SUBMITTED,
*John T. George (ADOPTED) John R. Daley, Jr.*
JOHN T. GEORGE A/K/A JOHN R. DALEY, JR.
PRO SE

CERTIFICATE OF SERVICE

I, JOHN T. GEORGE (ADOPTED) JOHN R. DALEY, JR. PRO SE, FED. REG. # 03284-015 CERTIFY THAT ON THIS 6TH MONTH, 26TH DAY, 2005TH YEAR. IN REGARDS TO, "ORDER OF COURT", ENTERED: 6/13/05, BY THE U.S. COURT OF APPEALS, (FIRST CIR.), ALSO [A] REQUEST FOR A CERTIFICATE OF APPEALABILITY TO THE U.S. DISTRICT COURT, (D. MASS) WAS MAILED BY HAND / BY REGULAR MAIL THE PRO SE RECORD FOR EACH PARTY OF THE ENCLOSED MATTER.

RESPECTFULLY SUBMITTED,
*John T. George A/K/A John R. Daley, Jr.*
JOHN T. GEORGE A/K/A JOHN R. DALEY, JR.
PRO SE.

CC/FILE
DATED: 6/26/2005
J.T.G. - J.R.D, JR.

[4]

# UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

No. 05-1632

JOHN R. DALEY

Petitioner - Appellant

v.

MASSACHUSETTS PAROLE BOARD

Respondent - Appellee

**ORDER OF COURT**
**Entered: 6/13/05**

    This court has docketed petitioner-appellant's appeal from the denial of his petition for writ of habeas corpus under 28 U.S.C. Sec. 2254. The case cannot go forward unless a certificate of appealability issues. 28 U.S.C. Sec. 2253. A request for a certificate of appealability must first be sought in the district court. See Local Rule 22.1(b).

    It does not appear that petitioner-appellant has filed a request for a certificate of appealability in the district court. Accordingly, we direct petitioner-appellant to apply for a certificate of appealability from the district court forthwith. We further order petitioner-appellant to file a status report in this court by **7/13/05** and every thirty days thereafter, informing us that he has applied for a certificate in the district court and advising us of the status of that application. We further order petitioner-appellant to inform us immediately once the district court reaches a decision on the application for a certificate.

    If a status report is not filed by **7/13/05**, and at thirty-day intervals thereafter, this appeal may be dismissed for want of diligent prosecution.

By the Court:

Richard Cushing Donovan, Clerk

MARGARET CARTER

By_____
       Chief Deputy Clerk

To:   John R. Daley

cc:   Thomas F. Reilly